

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00716-CV

Samuel R. **BUILTA** aka Sam Builta Individually and dba Technical Services System,
Appellants

v.

**PARAGON, INC.,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on January 18, 2018. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Herminia Torres filed a first notification of late reporter's record. She advised the court that she went into labor early and was just now returning from maternity leave. She requested an extension of time to file the record until February 8, 2018.

The request is GRANTED. The reporter's record is due on February 8, 2018. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court